UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MARTIN SAAVEDRA VILLASENOR, | ) | No. CV 14-00480-RGK (VBK) |
| Petitioner, | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES |
| v. | ) ) | MAGISTRATE JUDGE |
| UNITED STATES OF AMERICA, | ) ) | |
| Respondent. | ) | |

Pursuant to 28 U.S.C. §636, the Court has reviewed the Petition for Writ of Habeas Corpus ("Petition"), the records and files herein, and the Report and Recommendation of the United States Magistrate Judge ("Report").

**IT IS ORDERED** that the Court accepts the findings and recommendations of the Magistrate Judge.

DATED: June 13, 2014

_/s/ Gary Klausner_
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE