JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MARTIN SAAVEDRA VILLASENOR, | ) | No. CV 14-00480-RGK (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| UNITED STATES OF AMERICA, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that Judgment be entered dismissing the Petition without prejudice.

DATED: June 13, 2014

_____
R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE